**DISMISS and Opinion Filed August 25, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00128-CV

**LINDA RICHARDSON, Appellant**
**V.**
**NORTHSTAR MEMORIAL GROUP, LLC D/B/A**
**RESTLAND FUNERAL HOME & CEMETERY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-01894-A**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220128F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDA RICHARDSON, Appellant

No. 05-22-00128-CV          V.

NORTHSTAR MEMORIAL
GROUP, LLC D/B/A RESTLAND
FUNERAL HOME & CEMETERY,
Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-21-01894-
A.
Opinion delivered by Justice
Schenck. Justices Osborne and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee NORTHSTAR MEMORIAL GROUP, LLC D/B/A RESTLAND FUNERAL HOME & CEMETERY recover its costs of this appeal from appellant LINDA RICHARDSON.

Judgment entered August 25, 2022